# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

UNITED STATES OF AMERICA

v.

HUSIE JOYNER, GREG BING
DONNELLE JOYNER, ANTHONY SMITH
RALPH HOUSE, AND GERARD KIMBLE

## CRIMINAL COMPLAINT

CASE NUMBER: 05-1703-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Beginning in or about __September 2004 to the present__ in __Suffolk__ County, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and intentionally conspire to distribute cocaine and cocaine base

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__

I further state that I am a(n) __Task Force Agent, Drug Enforcement Administration__ and that this complaint is based on the following facts:

See attached Affidavit.

Continued on the attached sheet and made a part hereof:  X Yes   ☐ No

_____
Signature of Complainant
Task Force Agent Joao J. Monteiro

Sworn to before me and subscribed in my presence,

July 22, 2005                    at        Boston, Massachusetts
Date                                        City and State

CHARLES B. SWARTWOOD, III
Chief, US Magistrate Judge                  _____
Name and Title of Judicial Officer          Signature of Judicial Officer