AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

                DISTRICT OF      MA

UNITED STATES  
V.  
GREG BING, DONNELLE JOYNER  
ANTHONY SMITH, GERARD KIMBLE

**EXHIBIT AND WITNESS LIST**

Case Number: 05-1703-CBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Charles B. Swartwood, III | Gallagher | Iavino, Schneider, Butters, Entine |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/28/2005 | 3:32 | Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 7/28/05 | | | Richard Ridlon |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 7/28/05 | X | X | Affidavit of Task Force Agent Richard Ridlon Case # 05-1703 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages