IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | 05-MJ-01703-CBS |
| DONNELLE JOYNER | ) | |
| GERARD KIMBLE | ) | |
| | ) | |

**GOVERNMENT'S MOTION FOR REVOCATION OF**
**RELEASE ORDER FOR DONNELLE JOYNER AND GERARD KIMBLE**

The United States hereby moves this Court pursuant to 18 U.S.C. § 3145 for revocation of the order of the Chief Magistrate Judge entered on August 8, 2005 that defendants DONNELLE JOYNER and GERARD KIMBLE be released on conditions pending trial and requests a *de novo* hearing before the MBD Emergency District Court Judge. See United States v. Tortora, 922 F.2d 880, 883 n. 4 (1st Cir. 1990)("We believe that the proper approach is for the district court to engage in de novo review of the contested order."). The government further requests that the Chief Magistrate Judge stay the order pending the *de novo* hearing. The government will file a memorandum in support of the government's motion for revocation promptly.

                                  Respectfully Submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

By: /s/ Neil J. Gallagher, Jr.
     Neil J. Gallagher, Jr.
     Assistant U.S. Attorney