AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

v.

GERARD KIMBLE

WARRANT FOR ARREST

Case Number: 05-1703-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __GERARD KIMBLE__
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☒ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

Conspiracy to distribute cocaine and cocaine base

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__.

| CHARLES B. SWARTWOOD III | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | JULY 22 2005     AT BOSTON |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____    BY _____

---

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT

AT _____

WARRANT EXECUTED BY DEA / Chris McEnaney
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |