# THE LAW OFFICES OF BENJAMIN D. ENTINE
J.D., Ph.D.
77 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110

TEL: 617-357-0770                                           FAX: 617-357-1612

August 10, 2005

Lisa Roland, Courtroom Clerk
Hon. Charles B. Swartwood III
Donahue Federal Building
595 Main Street
Worcester, MA 01608

**Re: <u>United States v. Gerard Kimble</u>
    Magistrate No. 05-01703-CBS**

Dear Ms. Roland:

On behalf of the defendant, Gerard Kimble, this office is requesting transcripts of the detention hearings held on July 28, 2005 and August 5, 2005.

If you have any questions please call.

Yours truly,

Kathleen Lestan
Legal Assistant for
Benjamin D. Entine, Esq.